### ATLANTIC COAST LINE R. CO. v. WINN.

(Circuit Court of Appeals, Fifth Circuit. October 26, 1915.)

#### No. 2822.

COURTS ⬅405—PREMATURE WRIT—OVERRULING DEMURRER.
    Writ of error, sued out by defendant after the overruling of its general demurrer to the declaration in a damage suit, without waiting for final judgment, is premature.
    [Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 1097–1099, 1101, 1103; Dec. Dig. ⬅405.]

---

⬅For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

In Error to the District Court of the United States for the Southern District of Georgia; W. W. Lambdin, Judge.

Action by Mrs. Minnie L. Winn against the Atlantic Coast Line Railroad Company. Demurrer to the declaration was overruled, and defendant brings error. Dismissed.

Peter W. Meldrim, of Savannah, Ga., for plaintiff in error.

Edgar J. Oliver and Francis M. Oliver, both of Savannah, Ga., for defendant in error.

Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. This is a suit brought in the court below to recover damages resulting from a railroad collision. The plaintiff in error, defendant in the court below, filed a general demurrer to the declaration, which on hearing was overruled by the court, whereupon, without waiting for final judgment in the case, the plaintiff in error sued out this writ. For late cases, see Heike v. United States, 217 U. S. 423, 30 Sup. Ct. 539, 54 L. Ed. 821; Sheppy v. Stevens, 200 Fed. 946, 119 C. C. A. 330.

The writ of error is dismissed.